IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- x
                                              :

**WOLFGANG HOHENSEE**            :     **11-CV-2295-AKH-MD**

         **Petitioner,**             :

         -against-                        **NOTICE OF MOTION**
                                              :

**KAYE SCHOLER LLP,**           :

         **Respondent.**            :
-------------------------------------- x

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the annexed April 21, 2011 Affidavit of Michael D. Blechman, Esq., the exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had in the above-captioned matter, Respondent Kaye Scholer, LLP, shall move this Court on May 24, 2011, at 9:30 a.m., or as soon thereafter as the motion may be heard, before the Honorable Alvin K. Hellerstein, United States District Judge, in courtroom 14D of the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order: (1) dismissing Petitioner's Verified Petition to Stay Arbitration; (2) compelling arbitration of Petitioner's claim against Respondent; (3) preliminarily and permanently enjoining Petitioner from prosecuting a lawsuit he has commenced against Respondent in Frankfurt, Germany; and (4) granting such further relief as the Court may deem just and proper.

Dated:  April 25, 2011                KAYE SCHOLER LLP

                                             By: _/s/ William C. Zifchak_
                                             William C. Zifchak, Member of the Firm
                                             425 Park Avenue
                                             New York, New York 10022
                                             (212) 836-8000
                                             WZifchak@kayescholer.com
                                             <u>Pro Se</u> Respondent