IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                       :

WOLFGANG HOHENSEE,                    :

           Petitioner,                      :   **CERTIFICATE OF SERVICE**
                                                         Case No. 11-CV-2295-AKH-MD
      -against-                           :

KAYE SCHOLER LLP,                      :

           Respondent.                     :

------------------------------------- x

      TRICIA BECKLES, an attorney associated with the law firm of Kaye Scholer LLP, does hereby certify that on April 25, 2011, she caused a true and correct copy of the NOTICE OF MOTION, AFFIDAVIT OF MICHAEL D. BLECHMAN, ESQ., AND MEMORANDUM OF LAW IN SUPPORT OF RESPONDENT KAYE SCHOLER'S MOTION (1) TO COMPEL ARBITRATION IN NEW YORK, (2) TO ENJOIN FOREVER PETITIONER'S PROSECUTION OF THE FRANKFURT ACTION AND (3) TO DISMISS PETITIONER'S APPLICATION TO STAY THE NEW YORK ARBITRATION to be served by Federal Express and S.D.N.Y.'s electronic filing system (CM/ECF) to

    John J. Rosenberg
    Matthew Giger
    Rosenberg & Giger, P.C.
    488 Madison Avenue, 10th Fl
    New York, NY 10022

                                                      */s/ Tricia Beckles*
                                                      TRICIA M. BECKLES

Dated: New York, New York
       April 25, 2011