

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :

WOLFGANG HOHENSEE                               :            11-CV-2295-AKH-M D

                    Petitioner,                 :

          -against-                             :

KAYE SCHOLER LLP,                               :

                    Respondent.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATED ORDER

It is hereby stipulated and agreed by the parties that, upon the approval of the Court, the
briefing schedule concerning Respondent's Motion dated April 25, 2011 ("Motion") in the
above-captioned action, shall be amended as follows:

1. The original deadline for Petitioner to respond to the Motion is Thursday, May 12,
2011. For reasons of illness, the proposed and agreed-upon deadline for Petitioner to respond to
the Motion shall be on or before Thursday, June 2, 2011.

2. The original deadline for Respondent to reply to Petitioner's response is Monday, May
23, 2011. The proposed and agreed-upon deadline for Respondent to reply shall be on or before
Friday, June 17, 2011.

3. The original proposed return date for Respondent's Motion before the Court is
Tuesday, May 24, 2011. The proposed and agreed-upon return date before the Court shall be
Tuesday, June 21, 2011, or such other date as the Court may set.

4. This is the first request for an extension of the briefing schedule.

Respectfully submitted.

Respondent Pro Se

KAYE SCHOLER, LLP

By: _____

William C. Zifchak, Member of the Firm
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Date: 5 / 2 . 2011

Petitioner

WOLFGANG HOHENSEE

By: _____

John J. Rosenberg
Matthew H. Giger
Rosenberg & Giger
488 Madison Avenue, 10th Floor
New York, NY 10022

Russell Beck
Beck Reed Riden LLP
99 Summer Street, Suite 1600
Boston, MA 02110
*Attorneys for Petitioner*

Date: _____

SO ORDERED this 13 day of May , 2011:

_____

Judge Alvin K. Hellerstein
United States District Judge